# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPT RESEARCH, INC., | ) |
|     Plaintiff, | ) Civil Action No. 5:20-cv-02645-JLS |
| v. | ) |
| | ) Judge Jeffrey L. Schmehl |
| SOLVAY USA, INC., d/b/a SOLVAY-RHODIA, SOLVAY, AND SOLVAY USA; and RHODIA OPERATIONS S.A.S. d/b/a RHODIA-SOLVAY, SOLVAY-RHODIA, RHODIA, RHODIA S.A., RHODIA-FRANCE, RHODIA, INC., AND RHODIA GROUP., | ) |
|     Defendants. | ) |

## SOLVAY USA INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT, OR ALTERNATIVELY, STAY PROCEEDINGS

Defendant Solvay USA Inc. ("Solvay"), through undersigned counsel, brings this motion pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, and Fed.R.Civ.P.12(b)(6), to compel the arbitration of the claims asserted by PPT Research, Inc. and to dismiss this litigation. For the reasons set forth in the attached Memorandum of Law in support, Solvay respectfully asks this Court to enter its order compelling arbitration and dismissing the Complaint, or alternatively, enter its order compelling arbitration and staying the proceedings pending the conclusion of arbitration.

Dated: July 2, 2020                                   Respectfully submitted,


  s/ *Rebekah B. Kcehowski*
Rebekah B. Kcehowski
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219.2514
412.391.3939
*rbkcehowski@jonesday.com*

*Of Counsel*
(*pro hac* to be filed):

Randall E. Kay
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
858.314.1139
*rekay@jonesday.com*

*Counsel for Solvay USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 2, 2020, and there are no non-registered participants.

*/s/ Rebekah B. Kcehowski*
Rebekah B. Kcehowski, Esq.
PA Bar No. 90219
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959