# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PPT RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLVAY USA, INC., d/b/a SOLVAY-RHODIA, SOLVAY, AND SOLVAY USA; and RHODIA OPERATIONS S.A.S. d/b/a RHODIA-SOLVAY, SOLVAY-RHODIA, RHODIA, RODIA S.A., RHODIA-FRANCE, RHODIA, INC., AND RHODIA GROUP., <br><br> Defendants. | Civil Action No. 5:20-cv-02645-JLS |

## <u>DECLARATION OF RANDALL E. KAY IN SUPPORT OF SOLVAY USA INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT, OR ALTERNATIVELY, STAY PROCEEDINGS</u>

I, Randall E. Kay, declare as follows:

1. I am a partner at Jones Day with an office at 4655 Executive Drive, San Diego, CA 92121-3134 and represent Solvay USA Inc.

2. Attached as Exhibit 1 is a true and correct copy of Solvay USA Inc.'s Request for Arbitration filed in the International Chamber of Commerce International Court of Arbitration on July 2, 2020.

3. Attached as Exhibit 2 is a true and correct copy of the International Chamber of Commerce Arbitration Rules, Articles 6 and 29, in force as from 1 March 2017 obtained from

and available at https://iccwbo.org/content/uploads/sites/3/2017/01/ICC-2017-Arbitration-and-2014-Mediation-Rules-english-version.pdf.pdf (last visited July 1, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 2nd day of July, 2020 in San Diego, California.

Randall E. Kay

NAI-1513594526v1