**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PPT RESEARCH, INC., | ) | Civil Action No. 5:20-cv-02645-JLS |
| Plaintiff, | ) | |
| v. | ) | Judge Jeffrey L. Schmehl |
| SOLVAY USA, INC., d/b/a SOLVAY-RHODIA, SOLVAY, AND SOLVAY USA; and RHODIA OPERATIONS S.A.S. d/b/a RHODIA-SOLVAY, SOLVAY-RHODIA, RHODIA, RHODIA S.A., RHODIA-FRANCE, RHODIA, INC., AND RHODIA GROUP., | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon

consideration of Solvay USA Inc.'s Motion to Compel Arbitration and to Dismiss the Complaint,

or Alternatively, Stay Proceedings, and any response thereto, it is hereby ORDERED that said

Motion is GRANTED, and the Court hereby compels arbitration and dismisses PPT Research,

Inc.'s lawsuit against Solvay USA Inc.

BY THE COURT:

_____

Jeffrey L. Schmehl, J.