**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PPT RESEARCH, INC., | :   CIVIL ACTION |
|               Plaintiff, | : |
| v. | :   NO:  5:20-cv-02645-JLS |
| SOLVAY USA, INC., d/b/a SOLVAY-RHODIA, SOLVAY, AND SOLVAY USA; and RHODIA OPERATIONS S.A.S. d/b/a RHODIA-SOLVAY, SOLVAY-RHODIA, RHODIA, RHODIA S.A., RHODIA-FRANCE, RHODIA, INC. AND RHODIA GROUP, | : |
|               Defendants. | : |

## PLAINTIFF'S EMERGENCY MOTION FOR A STAY OF ARBITRATION, OR ALTERNATIVELY, AN INJUNCTION

Plaintiff PPT Research, Inc. ("PPT Research") respectfully moves for a stay of the

arbitration pending before the International Chamber of Commerce in Case No. 25452/MK, or

alternatively, an injunction enjoining the parties from further participating in such arbitration

proceedings pending determination by the Court of threshold arbitrability questions.  PPT

Research submits herewith the attached Memorandum of Law in Support of its Emergency

Motion for a Stay of Arbitration, or Alternatively, an Injunction.

                Respectfully submitted,

                WHITE AND WILLIAMS LLP

BY:  /s/ Justin E. Proper
       Justin E. Proper
       Thomas B. Fiddler
       William H. Fedullo
       1650 Market Street | One Liberty Place, Suite 1800 |
       Philadelphia, PA 19103-7395
       Phone: 215.864.7165

25031540v.1

-2-

LAW OFFICES OF SANFORD J. PILTCH, ESQ.

BY:   /s/ Sanford J. Piltch
Sanford J. Piltch
1132 Hamilton Street,
Suite 201
Allentown, PA 18101-1024
Phone: 215.864.7165

Attorneys for Plaintiff,
PPT Research, Inc.

Dated:  July 29, 2020

-2-

25031540v.1