IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPT RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLVAY USA, INC., *et al*, <br><br> Defendants. | CIVIL ACTION <br><br> No. 20-2645 |

**ORDER**

**AND NOW**, this 10th day of August, 2020, upon review of Plaintiff's Emergency Motion for Stay of Arbitration (Docket No. 19), and after argument with counsel on August 5, 2020, it is hereby **ORDERED** as follows:

1. Plaintiff's Emergency Motion for Stay is **GRANTED**;

2. The arbitration proceeding between the parties currently pending before the International Chamber of Commerce International Court of Arbitration in Case No. 25452/MK is **STAYED** pending further Order of this Court; and

3. Oral argument shall be held on Defendants' pending Motions to Compel Arbitration on August 31, 2020, at 2:00 p.m. via video. The Court will provide a video link to the parties in advance of the argument.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.