## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PPT RESEARCH, INC.,

    Plaintiff,

v.

SOLVAY USA, INC., *et al*,

    Defendants.

:    CIVIL ACTION

:    No. 20-2645

### ORDER

**AND NOW**, this 7th day of July, 2021, upon review of all pending motions in this matter, as well as all responses and replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motion to Compel Arbitration of Defendant, Solvay USA, Inc., (Docket No. 9) is **GRANTED**;

2. The Motion to Compel Arbitration of Defendant, Rhodia Operations, S.A.A., (Docket No. 16) is **GRANTED**;

3. The stay of the arbitration between the parties before the International Chamber of Commerce International Court of Arbitration in Case No. 25452/MK is **LIFTED**;

4. The parties shall proceed to ICC arbitration in this matter on all claims; and

5. This matter is **STAYED** pending the completion of the ICC arbitration.

                                                 **BY THE COURT:**

                                                 /s/ Jeffrey L. Schmehl
                                                 Jeffrey L. Schmehl, J.