IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PPT RESEARCH, INC., | : | |
| Plaintiff, | : | CIVIL ACTON NO. 20-2645 |
| v. | : | |
| SOLVAY USA, INC., d/b/a SOLVAY-RHODIA, SOLVAY, AND SOLVAY USA; and RHODIA OPERATIONS S.A.S. d/b/a RHODIA-SOLVAY, SOLVAY-RHODIA, RHODIA, RODIA S.A., RHODIA-FRANCE, RHODIA, INC., AND RHODIA GROUP., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this __14th__ day of __June__, 2023, it is hereby ordered that, for good cause shown, Plaintiff's Motion for Leave to File Documents Under Seal is GRANTED. Plaintiff shall file under seal unredacted versions of its Motion to Vacate Arbitration Award, the memorandum in support thereof, all exhibits thereto, and Plaintiff's Reply Brief in Further Support of Plaintiff's Motion to Vacate Arbitration Award.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.