IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPT RESEARCH, INC., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 20-2645 |
| SOLVAY USA, INC., *et al*, | : |
| Defendants. | : |

# ORDER

**AND NOW**, this 17th day of July, 2024, upon review of all pending motions in this matter, as well as all responses and replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motions to Vacate Arbitration Award of Plaintiff, PPT Research, Inc., (ECF Nos. 30 and 44) are **DENIED**;

2. The Motion to Confirm Arbitration Award of Defendants, Rhodia Operations, S.A.A. and Solvay USA, Inc., (ECF No. 43) is **GRANTED**;

3. The Motion to Seal Reply of Defendants, Rhodia Operations, S.A.A. and Solvay USA, Inc. (ECF No. 47) is **GRANTED**;

4. The Final Arbitration Award in the amount of $351,312.23 in damages and $46,500.00 in arbitration costs is hereby **ENTERED** as a **JUDGMENT** in favor of Defendants and against Plaintiff; and

5.  The Clerk shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.
